United States District Court
Southern District of Texas
**ENTERED**
March 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Jahidul Haque Hazary, Bazlur Rahman Bhuiyan, and All Others Similarly Situated**<br>    Plaintiffs,<br><br>v.<br><br>**Greens Mart, Inc., Taufique Chowdhury, Mohammed Romman Chowdhury, and Roksana Chowdhury**<br>    Defendants. | Civil Action<br>File No. 4:22-cv-00339<br><br>Jury Demanded |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. The Court finds, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the parties' stipulation is approved. Accordingly, it is hereby ORDERED that all claims filed by Plaintiffs Jahidul Haque Hazary and Bazlur Rahman Bhuiyan against Defendants Greens Mart, Inc., Taufique Chowdhury, Mohammed Romman Chowdhury, and Roksana Chowdhury are dismissed with prejudice.

It is FURTHER ORDERED that each party shall bear his, her, or its own costs and attorneys' fees associated with this action.

Signed on _____March 30_____, 2023, at Houston, Texas.

_____
**Honorable Charles R. Eskridge III**
**United States District Judge**